IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ADRIENNE DAWN LAFORGE,<br><br>  Defendant. | CR 23-38-BLG-SPW-2<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, December 8, 2023 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Thursday, January 4, 2024 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 7th day of December, 2023.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1